[No. 56324-6-I.   Division One.   March 20, 2006.]

ROSEMARY T. WARNER ET AL., *Appellants,* v. REGENT ASSISTED
LIVING ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for King
County, No. 03-2-32691-7, Nicole MacInnes, J., entered May
4, 2005. *Affirmed in part* and *reversed in part* by unpub-
lished per curiam opinion.

[No. 56372-6-I.   Division One.   March 20, 2006.]

PAUL J. ENGBRECHT, *Appellant,* v. THE EMPLOYMENT SECURITY
DEPARTMENT, *Respondent.*

Appeal from a judgment of the Superior Court for King
County, No. 04-2-35453-6, Michael Hayden, J., entered
June 6, 2005. *Affirmed* by unpublished per curiam opinion.
Now published at 132 Wn. App. 423.

[No. 32798-8-II.   Division Two.   March 21, 2006.]

THE STATE OF WASHINGTON, *Respondent,* v. KEVIN MICHAEL
BLOOMFIELD, *Appellant.*

Appeal from a judgment of the Superior Court for
Clallam County, No. 04-1-00009-1, Kenneth D. Williams
and George L. Wood, JJ., entered January 13, 2005. *Af-
firmed* by unpublished opinion per Bridgewater, J., con-
curred in by Hunt and Penoyar, JJ.

[No. 32498-9-II.   Division Two.   March 21, 2006.]

E. PAUL DETRAY ET. AL., *Appellants,* v. THE CITY OF LACEY
ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Thurs-
ton County, No. 03-2-02550-7, Wm. Thomas McPhee, J.,
entered November 8, 2004. *Affirmed in part, reversed in
part,* and *remanded* by unpublished opinion per Armstrong,
J., concurred in by Van Deren, A.C.J., and Houghton, J.